824

*Assistant Attorney General Baldridge* and *Samuel D. Slade* for respondent.

No. 145. DALTON TELEPHONE Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Marion A. Prowell* for petitioner. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Marcel Mallet-Prevost* for respondent.

No. 146. LUCERO, ADMINISTRATOR, *v.* SAINDON ET AL. C. A. 10th Cir. Certiorari denied. *Louis C. Lujan* for petitioner. *James R. Modrall* for respondents.

No. 150. EASTERN VENETIAN BLIND Co. *v.* ACME STEEL Co. C. A. 4th Cir. Certiorari denied. *John Vaughan Groner* and *William H. Webb* for petitioner. *Glen E. Smith* and *Edward R. Johnston* for respondent.

No. 152. S. KLEIN ON THE SQUARE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Sidney A. Diamond* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Irving I. Axelrad* for respondent.

No. 154. PIETRZAK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 156. DISTILLERS FACTORS CORP. *v.* JACOBS, RECEIVER IN BANKRUPTCY. C. A. 3d Cir. Certiorari de-